UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES FOR AN ORDER AUTHORIZING THE USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON THE SPRINT CELLULAR PHONE ASSIGNED CALL NUMBER 713-301-6852 | M.J. Docket No. 21-2810-MBB <br><br> **FILED UNDER SEAL** |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Application for a Pen Register and Trap and Trace Device, the Court's Orders, this motion and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation described in the government's Application for a Pen Register and Trap and Trace Device.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ *Samuel R. Feldman*
Samuel R. Feldman
Assistant U.S. Attorney

Date: November 26, 2021



November 26, 2021

